Filed 6/24/16  P. v. Zachry CA2/8

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION EIGHT

| | |
|---|---|
| THE PEOPLE, | B266984 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. BA434944) |
| v. | |
| KARIZ SEMAJ ZACHRY, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County.  Bernie LaForteza, Judge.  Affirmed.

Jeanine G. Strong, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

\* \* \* \* \* \* \* \* \* \*

Defendant Kariz Semaj Zachry was charged by information with one count of second degree robbery (Pen. Code, § 211), with a personal use of a firearm allegation (§ 12022.53, subd. (b)).  After trial by jury, defendant was convicted as charged, and sentenced to 12 years in state prison, consisting of the low term of two years for the robbery, and 10 years for the firearm enhancement.

Defendant timely appealed.  We appointed appellate counsel to represent him.  Appointed counsel filed a brief in which no issues were raised.  (*People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).)  The brief included a declaration that counsel reviewed the record and sent a letter to defendant explaining her evaluation of the record.  Counsel further declared that she advised defendant of his right, under *Wende*, to submit a supplemental brief.  Defendant did not file a supplemental brief with this court.

The evidence adduced at trial was as follows:  On March 29, 2015, Jose Ruiz was working at a taco stand in Los Angeles.  After walking by the taco stand a couple of times, defendant approached Mr. Ruiz, pointed a gun at him, and demanded money.  Mr. Ruiz pointed to the cash box, and defendant took the box and left.  Moments later, Mr. Ruiz flagged down a passing patrol car, and pointed in the direction where defendant had fled.  Officers apprehended defendant, and Mr. Ruiz identified him as his assailant in a field show up.  Defendant had $229.88 cash, but no cash box or weapon.  A gun and cash box were later found in the vicinity.

We have examined the entire record, consisting of one volume of a clerk's transcript, one volume of a reporter's transcript, and a sealed *Marsden*[1] transcript, and are satisfied that appointed counsel fully complied with her responsibilities and that no arguable appellate issues exist.  (*People v. Kelly* (2006) 40 Cal.4th 106; *Wende*, *supra*, 25 Cal.3d 436.)  We therefore affirm the judgment below.

---

[1]     *People v. Marsden* (1970) 2 Cal.3d 118.

**DISPOSITION**

The judgment is affirmed.


GRIMES, J.

WE CONCUR:


RUBIN, Acting P. J.


FLIER, J.

3